# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

WANDA MATUTE,

      Plaintiff,

-vs-
                                      Case No.  6:07-cv-1385-Orl-18GJK

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

_____

## REPORT AND RECOMMENDATION

### TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| MOTION: | PLAINTIFF'S UNCONTESTED MOTION TO DISMISS (Doc. No. 20) |
| FILED: | June 9, 2008 |
| | THEREON it is **RECOMMENDED** that the motion be **GRANTED**. |

Plaintiff moves to dismiss her case.  The motion is unopposed by the Commissioner.  The Commissioner did not raise any counterclaims in her answer to the complaint.

**IT IS RECOMMENDED** that the case be dismissed pursuant to Fed. R. Civ. P. 41(a)(2).

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.